FRANK J. OLSON
Name

19017
Prison Number

Anchorage Jail Complex East
Place of Confinement

1400 E. 4th Ave, Anchorage, AK. 99501
Address

RECEIVED
FEB 28 2011
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

Frank Jerome Olson ,
(Full name)

**Petitioner,**

vs.

Debbie Miller ,
(Name of WARDEN, Superintendent, Jailor or other authorized person with **custody** of Petitioner -- the respondent is NOT the "State of Alaska")

**Respondent.**

Case No. 3:11-CV-00024 JWS
(To be supplied by Court)

**PETITION FOR WRIT OF HABEAS CORPUS**

**Under 28 U.S.C. § 2254**
**By a Person in State Custody**

## CONVICTION UNDER ATTACK

1. Name and location of court which entered the conviction under attack: Superior for The State of Alaska at Anchorage

2. Full date of judgment of conviction: 02/02/2004 (month/day/year)

   a. Case Number: 3AN-02-4962 CR.

3. What was your plea? (Check one) ____ Not Guilty ____ Guilty __✓__ Nolo Contendre

   a. If you entered a guilty plea to one count, and a not guilty plea to another count, give details: _____

   b. If you entered a plea of guilty pursuant to a plea bargain, state the terms and conditions of the agreement: I ENTERED INTO A "COOKSEY PLEA" WITH THE STATE TO APPEAL SPECIFIC GROUNDS. AS PART OF THIS AGREEMENT I AGREED TO OPEN SENTENCING BY THE COURT.

4. Were you sentenced on more than one count of an indictment, in the same court at the same time? __✓__ Yes ____ No

5. What was (were) the offense(s) for which you were convicted? (All counts) COUNT I. FELONY DRIVING WHILE INTOXICATED; COUNT II. FELONY REFUSAL; COUNT III. DRIVING WHILE LICENSE SUSPENDED

6. Kind of trial: (check one) ____ Jury __✓__ Judge only

7. Did you testify at trial? ____ Yes __✓__ No

8. Length of sentence(s): 3 YEARS 30 DAYS TO SERVE, 4 YEARS 330 SUSPENDED

§ 2254 Form
Effect. 10/01

9. Do you have any future state court sentence to serve after you complete the sentence imposed by the judgment under attack? \_\_\_\_ Yes  ✓  No  (If petitioner is attacking a **state** court conviction/sentence to be served in the **future**, petitioner must add the state's Attorney General as an additional respondent. If petitioner has a sentence to be served now or in the future under a **federal** judgment which s/he wishes to attack, s/he should file a motion under 28 U.S.C. **§ 2255**, in the federal court which entered the judgment.)

   a. If yes, give the name and location of the court which imposed the sentence to be served in the future:_____

   _____

   b. Give the date and length of sentence to be served in the future:_____

   _____

   c. Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? \_\_\_\_ Yes \_\_\_\_ No

*CAUTION: In order to proceed in federal court, you must first **exhaust** your state court remedies as to each ground on which you request action by the federal court.* You are cautioned that there is a **one-year limitations period** in which to file a habeas petition, and that a petition brought under § 2254 will be dismissed if not brought within that period, unless there are "extraordinary circumstances" beyond your control, which made it impossible to file your petition on time. Although this time period is tolled (suspended) during any **state** court post-conviction **proceedings**, the time that your action is pending in **federal court** does **not** toll that one-year time period. You should, therefore, **immediately exhaust** any unexhausted grounds for relief in the state courts, up to and including, the Alaska Supreme Court, before filing in this Court.

## GROUNDS FOR RELIEF

10. For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. You may also have grounds which are not listed here. Do not check any of these listed grounds. If you select any of these grounds for relief, you must allege **facts**. The petition will be returned to you if you merely check specific grounds.

   a. Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with an understanding of the nature of the charge and the consequences of the plea.
   b. Conviction obtained by use of coerced confession.
   c. Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
   d. Conviction obtained by use of evidence gained pursuant to an unlawful arrest.
   e. Conviction obtained by a violation of the privilege against self-incrimination.
   f. Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
   g. Conviction obtained by a violation of the protection against double jeopardy.
   h. Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
   i. Denial of effective assistance of counsel.
   j. Denial of right of appeal.

**State each ground for which you claim that the state court conviction and/or sentence is unconstitutional. Summarize *briefly and concisely* the facts supporting each ground. If you claim more than three grounds, make copies of blank pages 4 - 7, and attach those pages stating additional grounds and *facts* which support those grounds. You must raise in this petition all grounds for relief that relate to this conviction. Any grounds not raised in this petition will likely be barred from being litigated in a future action.**

Ground 1 (a - j): __C__ (just one), or Other:_____

**Supporting FACTS** (State *briefly*, without citing cases or law): PETITIONER WAS PARKED IN A LEGALLY PARKED VEHICLE. ANCHORAGE POLICE DEPARTMENT OFFICERS WERE DISPATCHED TO THE VEHICLE. UPON ARRIVAL, ONE OFFICER PULLED NEXT TO THE VEHICLE ON THE DRIVERS SIDE AND ONE PULLED UP BEHIND THE PETITIONER'S VEHICLE, BLOCKING THE VEHICLE IN AND NEVER OF THEIR EMERGENCY LIGHTS.

OFFICERS APPROACHED THE VEHICLE, OPEN THE VEHICLE'S DOOR AND REMOVED PETITIONER FROM VEHICLE.

PETITIONER EXERCISED HIS RIGHT TO REMAIN SILENT AND HIS RIGHT TO REFUSE TO PERFORM FIELD SOBRIETY TESTS.

PETITIONER WAS ARRESTED FOR DRIVING WHILE INTOXICATED ("DWI").

**Exhaustion of state court remedies regarding Ground 1:**

☞   **Direct Appeal:**

Did you raise *this issue* on direct appeal from the conviction to the Alaska Court of Appeals?

✓ Yes ___ No. Result: PETITIONER'S CONVICTIONS AND SENTENCE AFFIRMED Case Number: A-08776   Date of Decision: 2/8/06

If no, why not: _____ Did you

appeal *this issue* to the Alaska Supreme Court? ✓ Yes ___ No.

Result: COURT DENIED PETITION TO HEAR THIS ISSUE

Case Number: S-13595   Date of Decision: 3/22/10

§ 2254 Form
Effect. 10/01

If no, why not:_____

_____

☞ **Post-Conviction:**

Did you raise *this issue* in a petition for post-conviction relief or state petition for habeas corpus?

____ Yes ✓ No. Name of court:_____

Case number:_____ Date petition filed:___/___/___ Did

you receive an evidentiary hearing? ____ Yes ____ No

Result of proceeding:_____ Date of result:___/___/___

If you did not raise this issue, why not:_____

_____

    a.    Did you appeal *this issue* to the Alaska Court of Appeals? ____ Yes ✓ No

        Result of proceeding:_____

        Case number:_____ Date of result:___/___/___

        If no, why not: _____

_____

    b.    Did you appeal *this issue* to the Alaska Supreme Court? ____ Yes ✓ No

        Result of proceeding:_____

        Case number:_____ Date of result:___/___/___

        If no, why not:_____

_____

☞ **Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence

overturned based on *this issue* (such as administrative remedies)? ___ Yes ✓ No. If yes, explain:

_____

_____

**Ground 2:**(a - j):____ (just one), **or** Other:_____

_____

**Supporting FACTS** (State *briefly*, without citing cases or law):_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Exhaustion of state court remedies regarding Ground 2:**

☞   **Direct Appeal:**

Did you raise *this issue* on direct appeal from the conviction to the Alaska Court of Appeals?

___ Yes ___ No.  Result:_____ Case

Number:_____ Date of Decision:___/___/___

If no, why not:_____

_____Did you

appeal *this issue* to the Alaska Supreme Court? ___ Yes ___ No.

Result:_____

Case Number:_____ Date of Decision:___/___/___

If no, why not:_____

☞ **Post-Conviction:**

Did you raise *this issue* in a petition for post-conviction relief or state petition for habeas corpus?

___ Yes ___ No. Name of court:_____

Case number:_____ Date petition filed:___/___/___

Did you receive an evidentiary hearing? ___ Yes ___ No

Result of proceeding:_____ Date of result:___/___/___

If you did not raise this issue, why not:_____

    a.    Did you appeal *this issue* to the Alaska Court of Appeals? ___ Yes ___ No

    Result of proceeding:_____

    Case number:_____ Date of result:___/___/___

    If no, why not: _____

    b.    Did you appeal *this issue* to the Alaska Supreme Court? ___ Yes ___ No

§ 2254 Form
Effect. 10/01

Result of proceeding:_____

Case number:_____ Date of result: ___/___/___

If no, why not:_____

_____

☞ **Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence overturned based on *this issue* (such as administrative remedies)? ___ Yes ___ No. If yes, explain:

_____

_____


**Ground 3:**(a - j):_____ (just one), **or** Other:_____

_____

**Supporting FACTS** (State *briefly*, without citing cases or law):_____

_____

_____

_____

_____

_____

_____

_____

§ 2254 Form
Effect. 10/01

_____

_____

**Exhaustion of state court remedies regarding Ground 3:**

☞     **Direct Appeal:**

Did you raise *this issue* on direct appeal from the conviction to the Alaska Court of Appeals?

___ Yes ___ No.  Result:_____ Case Number:_____ Date of Decision:___/___/___

If no, why not:_____
_____Did you appeal *this issue* to the Alaska Supreme Court? ___ Yes ___ No.

Result:_____

Case Number:_____ Date of Decision:___/___/___

If no, why not:_____

_____

☞     **Post-Conviction:**

Did you raise *this issue* in a petition for post-conviction relief or state petition for habeas corpus?

___ Yes ___ No.  Name of court:_____

Case number:_____ Date petition filed:___/___/___

Did you receive an evidentiary hearing? ___ Yes ___ No

Result of proceeding:_____ Date of result:___/___/___

If you did not raise this issue, why not:_____

_____

    a.    Did you appeal *this issue* to the Alaska Court of Appeals? ___ Yes ___ No

Result of proceeding:_____

Case number:_____ Date of result:___/___/___

If no, why not: _____

_____

    b.    Did you appeal *this issue* to the Alaska Supreme Court? ___ Yes ___ No

Result of proceeding:_____

Case number:_____ Date of result:___/___/___

If no, why not:_____

_____

☞ **Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence overturned based on *this issue* (such as administrative remedies)? ___ Yes ___ No. If yes, explain:

_____

_____

_____

11.    Have ***all grounds*** raised in this petition been presented to the highest state court having jurisdiction? ___ Yes ___ No

    a.    If no, which grounds have not been presented?_____

_____

    b.    Explain reasons for not presenting grounds:_____

_____

§ 2254 Form
Effect. 10/01

**Attach a copy the highest state court written decision(s) regarding this conviction.** If you have not attached copies of your state court written decisions(s), why not? _____

_____

## SUCCESSIVE PETITIONS

12. Is this the first *federal* petition for writ of habeas corpus challenging this conviction?

    ✓ Yes ____ No

    a. If no, in what court was the prior action filed? _____

       What was the prior case number? _____ N|A _____

    b. Was the prior action (check one): ____ denied on the merits

       *or* ____ dismissed for procedural reasons?

    c. Date of decision: ___/___/___ (month/day/year)

    d. Are there any issues in this petition raised in the prior petition? ____ Yes ____ No

    e. If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this successive petition? ____ Yes ____ No

       If yes, please attach a copy of the order. Attached? ____ Yes ____ No

    **\*\*\* You must obtain permission before filing your successive petition. \*\*\***

13. Do you have any petition, application, motion or appeal (or by any other means) now pending in any court regarding the conviction that you are challenging in this action? ____ Yes ✓ No

    a. If yes, state the name of the court and the nature of the proceedings: _____

    _____

§ 2254 Form
Effect. 10/01

Date you are mailing (or handing to correctional officer) this petition to the Court: 2 / 23 / 2011

**WHEREFORE,** petitioner prays that the Court will grant him/her such relief to which s/he is entitled in this federal petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 by a person in state custody.

_____                    _____
(Signature of Petitioner)                                                    (Signature of attorney, if any)


_____                    _____
(Signature of person who prepared this                      (Typewritten/printed name of attorney)
   petition, if not Petitioner)

FRANK J. OLSON

1400 E. 4TH AVENUE

Anchorage, AK. 99501
_____                    _____
(Typewritten or printed name & address of                (Attorney's address & telephone number)
person who prepared this petition)


**DECLARATION UNDER PENALTY OF PERJURY**

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed at  Anchorage, Alaska                 on   2/23/2011
                        (Location)                                         (Date)

_____                    19017
(Signature)                                                                  (Inmate Number)

Frank Olson #19017
Anchorage Jail Complex East
1400 E. 4th Avenue
Anchorage, AK. 99501



049J82046929
$02.240
02/25/2011
Mailed From 99501
US POSTAGE

United States District Court
for the District of Alaska
222 West 7th Avenue #4
Anchorage, AK. 99513-7564