Shortell Gardner LLC
645 G Street, Suite 100-807
Anchorage, AK 99501
Telephone: 907.272.8181
Facsimile: 1.888.526.6608
Email: caitlin@shortellgardner.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRANK JEROME OLSON, | |
| Appellant, | |
| vs. | |
| DEBBIE MILLER, | |
| Defendant. | 3:11-cv-00024-01-JWS-DMS |

## MOTION FOR CERTIFICATE OF APPEALABILITY

FRANK JEROME OLSON, by and through undersigned counsel, now moves for a certificate of appealability to allow him to challenge the denial of his Habeas Petition. This court's order of denial followed the Initial Report and Recommendation Regarding Respondent's Motion to Dismiss Petitioner's Habeas Petition

DATED this 7th day of August 2012 at Anchorage, Alaska.

/s Caitlin Shortell
(Alaska Bar # 0405027)

Case 3:11-cv-00024-SLG  Document 34  Filed 08/08/12  Page 1 of 2
Motion for Certificate of Appealability, Olson v. Miller, 3:11-cv-24
Page 1

## Certificate of Service

On August 7, 2012 I certify that I filed and served a copy of the foregoing with the electronic filing system and that all parties are users.
/Caitlin Shortell